# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**             Date: May 2, 2017

vs.                                      Case No.: 2:16-CR-4038-BCW-1

**Therron Sloan, Jr.**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced: 1:53 pm**                **Time Terminated: 2:06 pm**

### APPEARANCES

**Plaintiff's counsel:** Larry Miller, AUSA
**Defendant's counsel:** Troy K. Stabenow
**Probation officer:** Danielle Staats

---

**1:53 pm**     **PROCEEDINGS IN COURTROOM:** Above parties present. Court accepts Report and Recommendation on Plea of Guilt (Doc #21). There are no objections to the Presentence Report and Court adopts P.S.I.R. without change. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution. Court grants government's motion.

**SENTENCE:** Defendant committed to the custody of BOP for a period of 60 months on Count 1 of the Indictment to run concurrent with state court case (Cole County) 12AC-CR00070-01, 14-AC-CR01276 and 16-AC-CR01013-01; followed by 3 years supervised release on Count 1 with mandatory, standard and special conditions. FINE: waived; MSA: $100. Dft advised of right to appeal. Defendant remanded to the custody of the USM.

---

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** T. Lock